UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5004
(C.A. No. 18-1868)

ASSASSINATION ARCHIVES
AND RESEARCH CENTER,                                    Appellant,

    v.

UNITED STATES
DEPARTMENT OF JUSTICE,                                  Appellee.

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE IN OPPOSITION TO APPELLANT'S MOTION FOR <u>SUMMARY REVERSAL</u>

    Pursuant to Circuit Rule 27, Appellee United States Department of Justice respectfully moves to extend the deadline to file its response to Appellant Assassination Archives and Research Center's Motion for Summary Reversal. The Appellee's response is currently due by April 17, 2023. For the reasons set forth below, the Department of Justice requests that the Court extend this deadline to May 17, 2023. This motion is timely submitted five days prior to the April 17, 2023, deadline. This is the Department of Justice's first request, and counsel conferred with Appellant, through counsel, about its position on the relief being sought through this motion. Appellant does not oppose the requested relief.

    In this case, Appellant, under the Freedom of Information Act, sought records relating to pre-1960 electronic surveillance activities. The Department of

Justice respectfully requests an extension of time, to and through May 17, 2023, to file its response to Appellant's Motion for Summary Reversal.

There is good cause to grant this Motion. Over the past few weeks, undersigned counsel has devoted a substantial amount of time to more than five dispositive motions (or replies) and myriad pleadings and joint status reports. Unfortunately, the demands of undersign counsel's large docket of active cases have prevented undersigned counsel from completing the research and consultation with agency counsel and supervising Assistant United States Attorneys necessary for preparing the response to Appellant's Motion for Summary Reversal. Consequently, the Department of Justice respectfully requests a reasonable amount of additional time, in light of undersigned's busy schedule, to and through May 17, 2023, to conduct legal research, confer with supervising Assistant United States Attorneys, and finalize the Department of Justice's response to Appellant's Motion for Summary Reversal. Also, additional time is also needed so that the undersigned can submit any draft response for agency and supervisory review prior to filing it with the Court. Further, the requested extension would not prejudice Appellant because it does not oppose the requested relief. Lastly, the requested extensions will not significantly delay the Court's resolution of this matter.

In light of the foregoing, the Department of Justice's respectfully requests that the Court extend their deadline to file its response to Appellant's Motion for

Summary Reversal to May 17, 2023.

Dated: April 12, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorney

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

The text of this Motion is prepared using 14-point Times New Roman typeface and consists of 369 words, as calculated by counsel's word processor.

>　　　　　　　　　　*/s/ Stephanie R. Johnson*
>　　　　　　　　　　Stephanie R. Johnson
>　　　　　　　　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2023, I have caused the foregoing Appellee's Motion for Extension of Time to File a Response to be served on Appellant's counsel by filing the Certificate on the Court's CM/ECF system. Counsel are registered users.

>　　　　　　　　　　*/s/ Stephanie R. Johnson*
>　　　　　　　　　　STEPHANIE R. JOHNSON
>　　　　　　　　　　Assistant United States Attorney