# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5004**  September Term, 2022

1:18-cv-01868-TNM

**Filed On:** April 20, 2023

Assassination Archives and Research Center,

    Appellant

  v.

United States Department of Justice,

    Appellee

    **BEFORE:**   Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the lodged motion for partial summary reversal, the motion to exceed the word limit for the lodged motion, and the motion to extend time to file a response to the lodged motion, it is

**ORDERED** that the motion to exceed the word limit be denied. See D.C. Cir. Rule 27(h)(1) (motions to exceed length limits must be filed at least five days before the pleading is due); D.C. Cir. Rule 27(h)(3) (motions to exceed length limits will be granted only for "extraordinarily compelling reasons"). Appellant is cautioned that failure to adhere to the rules and orders of this court may result in sanctions. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that the motion to extend time be dismissed as moot.

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                        BY:   /s/
                              Amanda Himes
                              Deputy Clerk