UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., | * * * | |
| Appellant, | * * | |
| v. | * * | Case No. 23-5004 |
| DEPARTMENT OF JUSTICE, | * * * | |
| Appellee. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant Assassination Archives and Research Center, Inc. hereby requests a nine-day extension of the deadline for filing its Opening Brief, until 9 June 2023. These filings are due 31 May 2023. Appellees do not oppose this Motion.

Appellant has good cause to request this extension. On 24 May 2023, a motion was filed in another case in which the undersigned is lead counsel, and an expedited schedule was set for that motion which requires him to file his opposition on 31 May. While the undersigned knew for approximately a week that this motion was forthcoming, he did not know when it would be filed or the degree to which it might interfere with this case, and he only learned on Wednesday that it would be filed that day. Because of the relatively novel questions implicated by that motion, he will be required to conduct a significant amount of research to

respond to it, which will leave little time to work on his Brief in this case, especially given the Memorial Day holiday weekend. Accordingly, he requests an additional nine days, until the following Friday, to file his Opening Brief.

This is the first extension requested for this Brief. Appellee's counsel does not oppose this Motion and requests that the deadline for her Brief be moved to 14 July due to the Independence Day holiday weekend. Appellant consents to this subsequent modification of the briefing schedule.

Date: May 26, 2023

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 363 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
