# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5004**                       **September Term, 2022**

**1:18-cv-01868-TNM**

**Filed On: May 30, 2023** [2001149]

Assassination Archives and Research Center,

         Appellant

         v.

United States Department of Justice,

         Appellee

## O R D E R

Upon consideration of appellant's unopposed motion for enlargement of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 9, 2023 |
| Appendix | June 9, 2023 |
| Appellee's Brief | July 14, 2023 |
| Appellant's Reply Brief | August 4, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk