# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

ASSASSINATION ARCHIVES          *
AND RESEARCH CENTER, INC.,      *
                                *
    Appellant,             *
                                *
    v.                     *    Case No. 23-5004
                                *
DEPARTMENT OF JUSTICE,          *
                                *
    Appellee.              *
                                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellant Assassination Archives and Research Center, Inc. hereby reluctantly requests a further one-week extension of the deadline for filing its Opening Brief, until 16 June 2023. These filings are due 9 June 2023. Appellee does not oppose this Motion.

Appellant requests this extension due to extraordinary circumstances beyond the undersigned's control. Earlier this week the undersigned discovered that he lacked a transcript for a status conference which needed to be included in the Joint Appendix, which he had originally not intended on including. He placed an order with the court reporter's office which would have been completed by today under normal circumstances. However, he has yet to be contacted by the relevant court reporter, who no longer works in that office, and his contact in that office keeps

forwarding his messages to the reporter without response. This afternoon he contacted the Court's case manager for this case and was advised to speak to the staff attorney regarding this issue, but the staff attorney has not returned his phone call. Out of an overabundance of caution, Appellant accordingly asks for a one-week extension of this and all future deadlines to allow the undersigned to continue to attempt to obtain this transcript for the Joint Appendix. If the Court does not rule on this motion today, he will simply file the Opening Brief and Joint Appendix as is and supplement the appendix once he procures the transcript.[1]

This is the second extension requested for this Brief. Appellee's counsel does not oppose this Motion and requests that the deadline for her Brief be extended accordingly, which is why this Motion requests an extension of all future deadlines as well.

---

[1] To be clear, Appellant is requesting a one-week extension solely because the undersigned is anticipating the court reporter not starting to work on the transcript until early next week, not because he will need a week to complete his work. If it were not for this issue he would have no problem filing the Opening Brief on time, and he sincerely regrets that he has been forced to seek this extension.

Date: June 9, 2023

Respectfully submitted,


 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing filing contains 475 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.