# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5004**　　　　　　　　　　　　　　　　　　**September Term, 2022**

**1:18-cv-01868-TNM**

**Filed On: June 9, 2023** [2003057]

Assassination Archives and Research Center,

　　　　Appellant

　　v.

United States Department of Justice,

　　　　Appellee

## O R D E R

Upon consideration of appellant's unopposed motion for enlargement of time within which to file opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 16, 2023 |
| Appendix | June 16, 2023 |
| Appellee's Brief | July 17, 2023 |
| Appellant's Reply Brief | August 7, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Scott H. Atchue
　　　Deputy Clerk