UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., | * * * | |
| Appellant, | * * * | |
| v. | * * | Case No. 23-5004 |
| DEPARTMENT OF JUSTICE, | * * * | |
| Appellee. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant Assassination Archives and Research Center, Inc. hereby requests a final retroactive 46-minute extension of the deadline for filing its Opening Brief, and accordingly requests that the Court accept that Brief lodged out of time. This brief was due at midnight on 16 June and was filed at 12:46 AM on 17 June. Appellee does not oppose this Motion.

Appellant has good cause for this motion. The undersigned was involved in a three-car traffic accident (caused by another driver) two weeks ago and, after lengthy insurance negotiations, took his car to the repair facility on Friday, which required him to unexpectedly spend several hours away from work. While, as noted in the previous extension motion, he had completed the vast majority of work on this Brief already (and was primarily waiting to receive a transcript, which

he received late on 9 June), when the undersigned conducted a final review of this Brief before filing, he discovered that he had made a significant error and conflated two issues which needed to be separated, which required the addition of a new section. This new section caused the Brief to exceed the word limit by approximately 2000 words, and, recognizing that this scenario would not satisfy the strict criteria of Circuit Rule 27(h)(3), he spent the remainder of that evening removing portions of the Brief to bring it into compliance, which took several hours given the variety and complexity of the subject matter. He accordingly filed the Joint Appendix on time but was unable to complete his work on the Brief by midnight.

    The undersigned apologizes for the delay in filing this Motion. As noted above, he had no reason to expect that he would not be able to meet the scheduled deadline until Friday evening, and he then waited to file this Motion until he heard from Appellee's counsel regarding Appellee's position on it, which only happened today.

    This is the third and final extension requested for this Brief. Appellee does not oppose this Motion.

Date: June 21, 2023

                                    Respectfully submitted,

                                     /s/ Kelly B. McClanahan  
                                    Kelly B. McClanahan, Esq.  
                                    D.C. Bar #984704  
                                    National Security Counselors  
                                    4702 Levada Terrace  
                                    Rockville, MD  20853  
                                    301-728-5908  
                                    240-681-2189 fax  
                                    Kel@NationalSecurityLaw.org

                                    *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 464 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

<u>　/s/ Kelly B. McClanahan　</u>
Kelly B. McClanahan, Esq.