# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5004**  　　　　　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　1:18-cv-01868-TNM

　　　　　　　　　　　　　　　　　　　　　　**Filed On: June 22, 2023** [2004566]

Assassination Archives and Research Center,

　　　　Appellant

　　　　v.

United States Department of Justice,

　　　　Appellee

## O R D E R

　　Upon consideration of appellant's unopposed *nunc pro tunc* motion for extension of time to file the opening brief, and the lodged opening brief, it is

　　**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged opening brief.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　　Deputy Clerk