ORAL ARGUMENT NOT SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5004
(C.A. No. 18-1868)

ASSASSINATION ARCHIVES
AND RESEARCH CENTER,                                              Appellant,

    v.

UNITED STATES
DEPARTMENT OF JUSTICE,                                            Appellee.

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Pursuant to Circuit Rule 28, Appellee United States Department of Justice ("Department"), respectfully moves to extend the deadline to file its brief. The Department's brief is currently due by July 17, 2023. For the reasons set forth below, the Department respectfully requests that the Court extend this deadline to September 21, 2023. This is the Department's first request, and counsel for Appellant Assassination Archives and Research Center ("Assassination Archives") has no position on the relief sought in this motion.

This appeal involves fee disputes connected to the Federal Bureau of Investigation ("FBI")'s processing Assassination Archives' Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), request for records relating to pre-1960 electronic surveillance activities. After obtaining two extensions of the initial

deadline to file its opening brief with the Department's consent (after the Department also consented to four other requests for extensions in connection with Appellant's motion for summary reversal), Assassination Archives filed an appendix on June 16, 2023, and its brief on June 17, 2023. Good cause supports granting the Department a reasonable amount of additional time beyond the current deadline to prepare its brief, confer with the client agency, and have thorough supervisory review. Since Assassination Archives filed its brief, undersigned counsel has devoted a substantial amount of time to more than four dispositive motions and myriad pleadings and joint status reports. New cases are assigned each week. Unfortunately, the demands of undersigned counsel's large docket of active cases, and the swelling number of cases in her office overall, have prevented undersigned counsel from making sufficient progress on the draft brief to file it on the current deadline consistent with the high standards of professionalism and to present the Department's position clearly and effectively. Assassination Archives' brief raises somewhat atypical issues. Counsel continues to research the issues and consult with the FBI and supervising Assistant United States Attorneys while balancing a large number of deadlines in other matters.

The order under review interrupted monthly releases of records and the processing of Assassination Archives' FOIA request, but there is not any unfair prejudice to granting the Department additional time to file its brief. The records

at issue are decades old, and of limited, if any, urgent public interest. The Department is seeking additional time in good faith and not for purposes of gaining any advantage in the case. Having the issues presented well to the Court should assist the Court with disposition of the matter. Granting the requested extension serves the interests of justice by affording both parties a commensurate period within which to file briefs without significantly delaying the Court's resolution of this matter.

* * *

WHEREFORE, based on the foregoing and the entire record, the Department respectfully requests that the Court grant this motion and extend its deadline to file to its brief until September 21, 2023.

Dated: July 11, 2023

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        JANE M. LYONS
                                        Assistant United States Attorneys

                                        */s/ Stephanie R. Johnson*
                                        STEPHANIE R. JOHNSON
                                        Assistant United States Attorney
                                        Civil Division
                                        601 D Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-7874
                                        Stephanie.Johnson5@usdoj.gov

                                        *Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

The text of this Motion is prepared using 14-point Times New Roman typeface and consists of 470 words, as calculated by counsel's word processor.

                              */s/ Stephanie R. Johnson*
                              Stephanie R. Johnson
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2023, I have caused the foregoing Appellee's Motion to Extend Time to File Brief to be served on Appellant's counsel by filing the Certificate on the Court's CM/ECF system. Counsel are registered users

                              */s/ Stephanie R. Johnson*
                              Stephanie R. Johnson
                              Assistant United States Attorney