# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5004**                                            **September Term, 2022**

1:18-cv-01868-TNM

**Filed On: July 12, 2023** [2007482]

Assassination Archives and Research Center,

        Appellant

    v.

United States Department of Justice,

        Appellee

### O R D E R

Upon consideration of appellee's motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | September 21, 2023 |
| Appellant's Reply Brief | October 12, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
           Michael C. McGrail
           Deputy Clerk