ORAL ARGUMENT NOT SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5004
(C.A. No. 18-1868)

ASSASSINATION ARCHIVES
AND RESEARCH CENTER,                                                    Appellant,

    v.

UNITED STATES
DEPARTMENT OF JUSTICE,                                                  Appellee.

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Pursuant to Circuit Rule 28, Appellee the United States Department of Justice ("Department"), respectfully moves to extend the deadline to file its brief. The Department's brief is currently due by September 21, 2023. For the reasons set forth below, the Department respectfully requests that the Court extend this deadline to October 25, 2023. This is the Department's second request to extend this deadline, and this motion is timely submitted. Undersigned counsel conferred with counsel for Appellant Assassination Archives and Research Center ("Assassination Archives"), and Assassination Archives opposes the relief sought in this Motion but will not file an opposition brief.

This appeal involves fee disputes connected to the Federal Bureau of Investigation ("FBI")'s processing of Assassination Archives' Freedom of

Information Act, 5 U.S.C. § 552 ("FOIA"), request for records relating to pre-1960 electronic surveillance activities. After obtaining two extensions of the initial deadline to file its opening brief with the Department's consent[1], Assassination Archives filed an appendix on June 16, 2023, and its brief on June 17, 2023.

Good cause supports granting the Department a reasonable amount of additional time beyond the current deadline to prepare its brief, confer with the client agency, and have thorough supervisory review. Over the past weeks, undersigned counsel has devoted a substantial amount of time to more than six substantive briefs, a court appearance, and myriad pleadings, discovery requests, and joint status reports. New cases are assigned each week. Unfortunately, the demands of undersigned counsel's large docket of active cases, and the swelling number of cases in her office overall, have prevented undersigned counsel from finalizing the brief to file it on the current deadline. Assassination Archives' brief raises somewhat atypical issues. Consequently, counsel needs additional time to continue researching the issues and consult with the FBI and supervising Assistant United States Attorneys while balancing a large number of deadlines in other matters. Also, undersigned needs additional time to complete the internal supervisory and agency review. Counsel also needs additional time to make sure

---

[1] The Department also consented to four other requests for extensions in connection with Assassination Archives' motion for summary reversal.

that the brief represents the high standards of professionalism and presents the Department's position clearly and effectively.

The order under review interrupted monthly releases of records and the processing of Assassination Archives' FOIA request, but granting the Department additional time to file its brief would not cause any unfair prejudice. The records at issue are decades old, and of limited, if any, urgent public interest. Also, the Department respectfully submits that there is no plausible explanation as to how the extension would unfairly prejudice Assassination Archives given that Assassination Archives itself has many times—in this Court and the district court—moved to extend deadlines with the Department's consent.

The Department is seeking additional time in good faith and not for purposes of gaining any advantage in the case. Having the issues presented well to the Court should assist the Court with disposition of the matter. Granting the requested extension is necessary for defense coordination and will serve the interests of justice by affording government counsel a reasonable period of additional time to confer with the FBI and supervising Assistant United States Attorneys and appropriately address the issues in this appeal. Also, granting the requested extension would not significantly delaying the Court's resolution of this matter.

WHEREFORE, based on the foregoing and the entire record, the Department respectfully requests that the Court grant this motion and extend its deadline to file to its brief until October 25, 2023.

Dated: September 8, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

The text of this Motion is prepared using 14-point Times New Roman typeface and consists of 588 words, as calculated by counsel's word processor.

>  /s/ Stephanie R. Johnson
>  Stephanie R. Johnson
>  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2023, I have caused the foregoing Appellee's Motion to Extend Time to File Brief to be served on Appellant's counsel by filing the Certificate on the Court's CM/ECF system. Counsel are registered users

>  /s/ Stephanie R. Johnson
>  Stephanie R. Johnson
>  Assistant United States Attorney