# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5004** | **September Term, 2023** |
| | 1:18-cv-01868-TNM |
| | Filed On: November 22, 2023 [2028447] |

Assassination Archives and Research Center,

       Appellant

       v.

United States Department of Justice,

       Appellee

### O R D E R

Upon consideration of the court's November 20, 2023 order which deemed appellee's brief timely filed, it is

**ORDERED**, on the court's own motion, that appellant's reply brief is now due on December 7, 2023.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                      BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk