UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., | * * * | |
| Appellant, | * * * | |
| v. | * * | Case No. 23-5004 |
| DEPARTMENT OF JUSTICE, | * * * | |
| Appellee. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant Assassination Archives and Research Center, Inc. hereby requests a one-day extension of the deadline for filing its Reply Brief, until 8 December 2023. This brief is due 7 December. Appellee consents to this Motion.

Appellant has good cause for this Motion and for not filing it five days in advance of the deadline as required by Circuit Rule 27(h)(1). The undersigned was unexpectedly required to spend most of the day on 5 December attending to an urgent veterinary issue, which required a lengthy visit to a veterinarian and effectively prevented him from doing any substantive work that day. His schedule for 6 December was already full with other matters, and while there is a chance he would be able to complete work on this brief by the required deadline, he is going ahead and filing this Motion out of an abundance of caution to honor the spirit if

not the letter of Circuit Rule 27(h)(1) and give the Court as much advance notice as he can.

    This is the first extension requested for this brief.

Date: December 6, 2023

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            4702 Levada Terrace
                                            Rockville, MD  20853
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 304 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.