# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5004**　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　**1:18-cv-01868-TNM**

　　　　　　　　　　　　　　　　**Filed On: December 7, 2023** [2030521]

Assassination Archives and Research Center,

　　　　　Appellant

　　v.

United States Department of Justice,

　　　　　Appellee

# O R D E R

　　Upon consideration of appellant's consent motion for enlargement of time to file the reply brief, it is

　　**ORDERED** that the motion be granted. Appellant's reply brief is now due December 8, 2023.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　Deputy Clerk