## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., | * * * | |
| Appellant, | * * | |
| v. | * * | Case No. 23-5004 |
| DEPARTMENT OF JUSTICE, | * * * | |
| Appellee. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant Assassination Archives and Research Center, Inc. hereby requests a final retroactive four-hour extension of the deadline for filing its Reply Brief, and accordingly requests that the Court accept that Brief lodged out of time. This Brief was due at midnight on 8 December and was filed at 3:48 AM on 9 December. Appellee does not oppose this Motion.

Appellant has good cause for this motion. As the Court is aware, the undersigned had a severe veterinary issue on Tuesday, which led to his request to extend the deadline for this Brief by one day until 8 December. As he was working on this matter on Friday evening, the issue recurred and required several hours of his time, causing him to be unable to meet the midnight deadline. Because he was very close to finishing his work, he returned to work as soon as he was able and

filed the Brief approximately four hours late. He then requested Appellee's position on this Motion and filed it as soon as he received a response Saturday evening.

This is the second and final extension requested for this Brief. Appellee does not oppose this Motion.

Date: December 9, 2023

                                                  Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                         Kelly B. McClanahan, Esq.
                                         D.C. Bar #984704
                                         National Security Counselors
                                         4702 Levada Terrace
                                         Rockville, MD  20853
                                         301-728-5908
                                         240-681-2189 fax
                                         Kel@NationalSecurityLaw.org

                                         *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 324 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                         /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.