# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5004**                           **September Term, 2023**

1:18-cv-01868-TNM

Filed On: December 12, 2023 [2031067]

Assassination Archives and Research Center,

         Appellant

     v.

United States Department of Justice,

         Appellee

## O R D E R

Upon consideration of appellant's unopposed *nunc pro tunc* motion for extension of time to file the reply brief out of time, and the lodged reply brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged reply brief.

                                                                   **FOR THE COURT:**
                                                                   Mark J. Langer, Clerk

                                           BY:      /s/
                                                          Michael C. McGrail
                                                          Deputy Clerk