# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

No. 23-5004                          September Term, 2023

1:18-cv-01868-TNM

Filed On: February 1, 2024 [2038399]

Assassination Archives and Research Center,

         Appellant

     v.

United States Department of Justice,

         Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 16, 2024, at 9:30 A.M.:

         Appellant         -         10 Minutes

         Appellee          -         10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Garcia, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 5, 2024.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:      /s/
                                 Michael C. McGrail
                                 Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)