# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5004** | **September Term, 2023** |
| | 1:18-cv-01868-TNM |
| | Filed On: February 16, 2024 [2040805] |

Assassination Archives and Research Center,

        Appellant

    v.

United States Department of Justice,

        Appellee

    **BEFORE:**    Circuit Judges Henderson and Garcia, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, February 16, 2024 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Kel McClanahan, counsel for Appellant.

    Stephanie R. Johnson (AUSA), counsel for Appellee.

                                                                 **FOR THE COURT:**
                                                                 Mark J. Langer, Clerk

                              BY:    /s/
                                              Anne A. Rothenberger
                                              Deputy Clerk