# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5004** | **September Term, 2023** |
| | 1:18-cv-01868-TNM |
| | Filed On: August 12, 2024 [2069533] |

Assassination Archives and Research Center,

        Appellant

    v.

United States Department of Justice,

        Appellee

### **M A N D A T E**

In accordance with the judgment of June 18, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Daniel J. Reidy
             Deputy Clerk

Link to the judgment filed June 18, 2024