# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5004**  **September Term, 2023**

1:18-cv-01868-TNM

Filed On: September 12, 2023 [2016545]

Assassination Archives and Research Center,

   Appellant

  v.

United States Department of Justice,

   Appellee

## O R D E R

Upon consideration of appellee's motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | October 25, 2023 |
| Appellant's Reply Brief | November 15, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
  Michael C. McGrail
  Deputy Clerk