**ORAL ARGUMENT NOT SCHEDULED**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5004
(Civ. A. No. 18-1868)

ASSASSINATION ARCHIVES
AND RESEARCH CENTER,                                        Appellant,

    v.

UNITED STATES
DEPARTMENT OF JUSTICE,                                      Appellee.

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Pursuant to Circuit Rule 28, Appellee the United States Department of Justice ("Department"), respectfully moves to extend the deadline to file its brief. The Department's brief is currently due by October 25, 2023. For the reasons set forth below, the Department respectfully requests that the Court extend this deadline to November 16, 2023. This is the Department's third request to extend this deadline. Undersigned counsel conferred with counsel for Appellant Assassination Archives and Research Center ("Assassination Archives"), and Assassination Archives opposes the relief sought in this Motion but will not file an opposition brief.

This appeal involves fee disputes connected to the Federal Bureau of Investigation ("FBI")'s processing of Assassination Archives' Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), request for records relating to pre-1960

electronic surveillance activities. After obtaining two extensions of the initial deadline to file its opening brief with the Department's consent[1], Assassination Archives filed an appendix on June 16, 2023, and its brief on June 17, 2023.

Good cause supports granting the Department additional time beyond the current deadline to finalize its brief, confer with the client agency, and complete the thorough supervisory and agency review. Undersigned counsel submitted a draft of the brief for supervisory review and that review process uncovered certain legal and factual issues that need further development and clarification. To that end, the undersigned needs to conduct additional research, engage in additional discussions with the counsel from the FBI and supervising Assistant United States Attorneys, and revise the draft. Counsel also needs the additional time to make sure that the brief represents the high standards of professionalism and presents the Department's position clearly and effectively. The additional time here will allow the Department to thoroughly address the legal and factual arguments asserted in Assassination Archives' brief.

Granting the Department additional time to file its brief would not cause any unfair prejudice. The records at issue are decades old, and of limited, if any, urgent public interest. Also, the Department respectfully submits that there is no plausible

---

[1] The Department also consented to four other requests for extensions in connection with Assassination Archives' motion for summary reversal.

explanation as to how the extension would unfairly prejudice Assassination Archives given that Assassination Archives itself has many times—in this Court and the district court—moved to extend deadlines with the Department's consent.

The Department is seeking additional time in good faith and not for purposes of gaining any advantage in the case. Having the issues thoroughly presented should assist the Court with disposing of the matter. Granting the requested extension will serve the interests of justice by affording government counsel a reasonable period of additional time to confer with the FBI and supervising Assistant United States Attorneys and appropriately address the issues in this appeal. Also, granting the requested extension would not significantly delay the Court's resolution of this matter.

*   *   *

WHEREFORE, based on the foregoing and the entire record, the Department respectfully requests that the Court grant this motion and extend its deadline to file to its brief until November 16, 2023.

Dated: October 23, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Appellee*

## CERTIFICATE OF COMPLIANCE

The text of this Motion is prepared using 14-point Times New Roman typeface and consists of 512 words, as calculated by counsel's word processor.

                                        */s/ Stephanie R. Johnson*
                                        Stephanie R. Johnson
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October 2023, I have caused the foregoing Appellee's Motion to Extend Time to File Brief to be served on Appellant's counsel by filing the Certificate on the Court's CM/ECF system. Counsel are registered users

                                        */s/ Stephanie R. Johnson*
                                        Stephanie R. Johnson
                                        Assistant United States Attorney