# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5004**  September Term, 2023

1:18-cv-01868-TNM

Filed On: November 20, 2023 [2027969]

Assassination Archives and Research Center,

        Appellant

    v.

United States Department of Justice,

        Appellee

## O R D E R

Upon consideration of appellee's motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. Appellee's brief submitted on November 16, 2023, and the corrected brief submitted on November 20, 2023, are deemed timely filed.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                 BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk